```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

PROMED AMBULANCE, INC.                                PLAINTIFF

    V.                    Civil No. 14-6072

CITY OF MALVERN and
LIFENET, INC.                                         DEFENDANTS

O R D E R

On this 31st day of July 2014, there comes on for consideration the report and recommendation filed in this case on July 11, 2014, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 22). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 11) is GRANTED, and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3). Finally, Plaintiff's Motion for Preliminary Injunction (doc. 2) is DENIED AS MOOT.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge